**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | In re Consuelo Kight and Andrew Ryan Kight a/k/a Ryan Kight |
| Appellate case number: | 01-21-00434-CV |
| Trial court case number: | 2020-15441 |
| Trial court: | 80th District Court of Harris County |

On August 10, 2021, relators, Consuelo Kight and Andrew Ryan Kight, also known as Ryan Kight, filed a petition for a writ of mandamus "challenging the trial court's decision to retain jurisdiction over this case despite being deprived of subject-matter jurisdiction by the ecclesiastical abstention doctrine."

In connection with its petition for writ of mandamus, relators also filed a "Motion to Stay," requesting that this Court stay the August 16, 2021 trial setting pending resolution of this mandamus proceeding. Relators' motion to stay is **granted**. The August 16, 2021 trial setting **stayed**. This stay is effective until disposition of relators' petition for writ of mandamus or further order of this Court.

The Court further requests a response to the petition for writ of mandamus from real party in interest, Kenneth Smith, as Trustee of Park Temple Baptist Church. **The response, if any, must be filed with this Court within fifteen days of the date of this order.**

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
        ☑ Acting individually    ☐ Acting for the Court

Date: ___August 12, 2021_____